## File Hashes for IP Address 24.126.85.87

**ISP:** Comcast Cable
**Physical Location:** Bristow, VA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 07/27/2014 03:27:16 | 2CC30BA3A123FB78C43DE2E6E61FB6208A4FF28F | Fantasy Come True |
| 07/26/2014 04:33:16 | 82757EE5781DBA912960230FB84F9584B15C26E9 | Just the Three of Us |
| 07/26/2014 04:29:29 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 07/26/2014 04:25:35 | C2A03B88B210A0F17F3D19181222D8C46DE1B420 | Pink Perfection |
| 07/26/2014 04:08:12 | 6D294471F6134D1DC8521AC5960DCD850CECD20A | Seeing Double |
| 07/26/2014 04:04:49 | 3275AC7BCF3A4A75069F663ED5D84BF1D2E3882D | Unforgettable View #2 |
| 07/26/2014 04:03:54 | A54ED12E9024858D296309B1A066FD2D93094B54 | No Turning Back Part #2 |
| 07/26/2014 03:49:32 | C9078051580A5D0C1AF2BFEAA20A8D1F905935EF | Lying Around |
| 07/26/2014 03:47:14 | 24C96BAA4F7BD1A7EE94428E7BC918FEC48A2F43 | Love at First Sight |
| 07/26/2014 03:45:25 | 2C5F833FB38D4CCA307E1D5C57615AB1C8BBB68A | First and Forever |
| 07/26/2014 03:40:42 | 9FEFF22B7BA424BF8847B7B41A62450FC059745 | So Right Its Wrong |
| 07/26/2014 03:36:56 | 6EC4EAC1DF8D6C9F6A7C69FB03130A8273DBACF2 | Epic Love |
| 07/26/2014 03:35:39 | 6417BFBD9D5B7F566631DA9085C03AEDF913D40C | A Wonderful World |
| 07/26/2014 03:34:46 | D7967F3B32132CF925D535059A208B2FA4DEB59F | Group Sex |
| 07/26/2014 03:33:59 | 4FF872F305E92C9DCB11E886334FB75207E604C0 | Body Language |
| 06/09/2014 21:31:40 | 0260EBD4C4ABA9E3288657263F8958884A130F5E | I Love X Art |
| 06/08/2014 12:27:05 | B01A41247F2C0FCCE93B78FCAE020DA09AD38005 | It Is A Fine Line |
| 06/08/2014 12:08:37 | 22125D8DEDBEA36229A7E9874F9A76F396FEBC81 | Come To Me Now |
| 06/08/2014 02:14:06 | 06AC7448218B6AC5F63B777630398DDCCD763FEC | Rope Priority |
| 06/08/2014 02:11:18 | D0C370A2CE5A1D80F4D913E2214E997EB801D658 | All Oiled Up |
| 06/08/2014 01:49:21 | CB58BA4C0DDD8C4D0AC4499B6518214046A38E6D | Sex and Submission |
| 06/08/2014 01:41:12 | 0A9495760C51B2EA408ADC90C8A41AC17F67A425 | Catching Up |

EXHIBIT A

EVA90

**Total Statutory Claims Against Defendant: 22**

EVA90

EXHIBIT A